IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AKEEM WASHINGTON,                          *
                                           *
        Plaintiff,                         *
                                           *
    v.                                     *
                                           *         CV 616-167
                                           *
SHANNON R. RIVERA, and                     *
TINA E. ELLIS,                             *
                                           *
        Defendants.                        *
                                           *
                                           *

----------

**O R D E R**

----------

Plaintiff moved to remand this case to state court on
January 5, 2017.    (Doc. 10.)    Since then, however, he has
withdrawn that motion.   (Doc. 16.)   Accordingly, the Clerk shall
**TERMINATE** Plaintiff's motion (doc. 10).

Also, on December 19, 2016, Defendant Shannon Rivera filed
a motion for judgment on the pleadings and a motion to stay
discovery pending resolution of the motion for judgment on the
pleadings.    (Docs. 6, 7.)    But on January 9, 2017, Plaintiff
filed an amended complaint.    (Doc. 11.)    Because the amended
complaint supersedes the complaint that the motion for judgment
on the pleadings seeks to dismiss, that motion is moot.    See
Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007)
("[A]n amended complaint supersedes the initial complaint and

becomes the operative pleading in the case."); <u>Brown v. Credit Mgmt., LP</u>, No. 1:14-CV-2274-TWT, 2015 WL 224758, at \*2 (N.D. Ga. Jan. 15, 2015) (denying a motion for judgment on the pleadings as moot because it sought "to dismiss a pleading that [was] superseded by the second amended complaint"). Accordingly, Defendant Rivera's motion for judgment on the pleadings (doc. 6) and her motion to stay (doc. 7) are **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia this _23rd_ day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA