IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| AKEEM WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 616-167 |
| | ) | |
| SHANNON R. RIVERA and TINE E. ELLIS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is the parties' Consent Motion to Stay Proceedings, wherein the parties request the Court stay all proceedings to engage in mediation before the undersigned. (Doc. no. 65.) For good cause shown, the Court **GRANTS** the motion and **STAYS** all deadlines in this case. The Court will reset the deadlines, if necessary, after conclusion of the mediation process. On or before November 22, 2019, the parties shall provide by email to Courtnay_Capps@gas.uscourts.gov three dates within the next six weeks in which the mediation could be scheduled. The dates provided will be compared with the Court's availability, and thereafter, the mediation can be scheduled in Statesboro, Georgia.

SO ORDERED this 15th day of November, 2019, at Augusta, Georgia.

_/s/ Brian K. Epps_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA