IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AKEEM WASHINGTON,

    Plaintiff,

v.

SHANNON R. RIVERA; and TINA E. ELLIS,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-167

# O R D E R

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 74). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's Joint Motion to Enforce Settlement Agreement, (doc. 69), and **ORDERS** Plaintiff to execute a final settlement agreement, accept the agreed upon consideration, and file a stipulation of dismissal. Failure to comply will constitute contempt and be punishable by sanctions up to and including dismissal with prejudice of this civil action.

**SO ORDERED**, this 27th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA