UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| AKEEM WASHINGTON,          )<br>                                                      )<br>     Plaintiff,                              )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>SHANNON R. RIVERA, in her     )<br>individual capacity and TINA E.  )<br>ELLIS, in her individual capacity, )<br>                                                      )<br>     Defendant.                         )<br>_____ ) | CIVIL ACTION FILE<br>NO. 6:16-CV-167 |

## NOTICE OF ATTORNEY'S LIEN

TO:  ALL PARTIES OF RECORD

YOU ARE NOTIFIED that we, Mawuli M. Davis and G. Brian Spears, having served as attorneys for Akeem Washington, claim a lien on any proceeds or recovery of any kind, including by judgment or settlement or through any other manner, which arise in favor of or for the benefit of Akeem Washington [or any person or entity acting on his behalf] as a result of or in connection with the action filed in the United States District Court in and for the Southern District of Georgia, Statesboro Division, *Akeem Washington v. Shannon Rivera and Tina E. Ellis*, Case No. 6:16-cv-167.  This lien shall and does encompass any and all monies due or paid from - or paid on behalf of - any Defendant or their representatives in said

action.  This lien on the proceeds or recovery arises as a result of the legal services rendered to Akeem Washington by said attorneys in the action described above and for the expenses incurred for and on behalf of Akeem Washington during the course of their representation of him.  The total attorney's lien is in the amount of $55,000.00.

Recovery upon this Lien is authorized and protected by, among other provisions, O.C.G.C. 15-19-14, as well as by virtue of the Court's inherent authority.  Jurisdiction to adjudicate the enforcement of the within lien lies with the Court in the above-identified action as well as with the courts of the State of Georgia.

This 31st day of March, 2020.

S/ G. BRIAN SPEARS  
Bar No. 670112  
Attorney for Plaintiff

1126 Ponce de Leon Ave., N.E.  
Atlanta, Georgia 30306  
Tele:  (404) 872-7086  
Fax:   (404) 892-1128  
Email: Bspears@mindspring.com

<u>S/MAWULI M. DAVIS</u>
Georgia Bar No. 212029
Attorney for Plaintiff

DAVIS BOZEMAN LAW FIRM, P.C.
4153 B Flat Shoals Parkway, Suite 204
Decatur, Georgia 30034
Tele: (404) 244-2004
Fax:  (404) 244-2020

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Paul H. Threlkeld
Patrick T. O'Connor
Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412
Attorneys for Tina E. Ellis

Mawuli Davis, Esq.
Davis Bozeman Law Firm, P.C.
4153 B Flat Shoals Parkway, Suite 204
Decatur, GA 30034
Attorneys for Plaintiff

Richard K. Strickland
Brown, Readdick, Bumgartner, Carter,
Strickland & Watkins, LLP
P. O. Box 220
Brunswick, GA 31521-0220
Attorneys for Defendant Rivera

V. Sharon Edenfield
Edenfield, Cox, Bruce & Classens
115 Savannah Avenue
P.O. Box 1700
Statesboro, GA 30459
Attorneys for Plaintiff

I further certify that on March 30, 2020, I caused to be served the following persons with a copy of the attached via first class mail delivery and addressed as follows:

Akeem Washington
P.O. Box 1212
Riverdale, CA 95102

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086