IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AKEEM WASHINGTON,

    Plaintiff,

v.

SHANNON R. RIVERA, IN HER INDIVIDUAL CAPACITY; and TINA ELLIS, IN HER INDIVIDUAL CAPACITY,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-167

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice filed by Plaintiff on April 28, 2020, wherein Plaintiff stipulates to the dismissal of this case with prejudice and Defendants express their consent thereto. (Doc. 84.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA